# MISCELLANEOUS CASE COVER SHEET

**PLAINTIFFS**
ESPN ENTERPRISES, INC., a Delaware corporation; ABC CABLE NETWORKS GROUP, a California corporation; INTERNATIONAL FAMILY ENTERTAINMENT, INC., a Delaware corporation; and SOAPnet, L.L.C., a Delaware limited liability company

**Attorney's** (Firm Name, Address, and Telephone Number)
O'MELVENY & MYERS LLP
Allen W. Burton
New York NY 10019; 212-326-2282
Daniel M. Petrocelli*, Heather Welles*, and Brian P. Quinn* (*Pro hac vice applications forthcoming)

**DEFENDANTS**
DISH Network L.L.C., a Colorado limited liability company

**Attorneys (If Known)**

**DESCRIPTION OF CASE**
Plaintiffs bring an action for preliminary and permanent injunctive relief based on breach of contract, including the implied covenant of good faith and fair dealing.

Has this or a similar case been previously filed in SDNY?

No? [✓]  Yes? [ ]  Judge Previously Assigned _____
If yes, was this case: Vol. [ ]  Invol. [ ]  Dismissed. No [ ]  Yes [ ]
If yes, give date: _____  & Case No. _____

**NATURE OF CASE**

- [ ] M 08-85 Motion to Compel
- [ ] M 08-85 Motion to Quash
- [ ] M 08-86 Internet Infringement
- [ ] M 08-88 Surety Companies
- [ ] M 08-425 Sureties Proceedings
- [ ] M 11-03 SEC Litigation to Freeze Account
- [ ] M 11-188 GJ Subpoenas - Unsealed
- [ ] M 11-189 GJ Subpoenas - Sealed
- [ ] M 16-88 Sale of Unclaimed Seamen's Effects
- [ ] M 18-66 Forfeiture Proceedings - Funds Held in trust. 28 USC 1746
- [ ] M 18-302 Registration of a Judgment from Another District
- [ ] M 18-304 Administrative Subpoena Proceedings
- [ ] M 18-305 Registration of Student Loan Judgment
- [ ] M 18-981 Nonjudicial Civil Forfeiture Proceeding
- [ ] M 19-25 Order Authorizing IRS Officer to Enter Premises for Levy
- [ ] M 19-58 General Bonds in Admiralty Purs. to Local Admiralty Rule 8
- [ ] M 19-63 Receivers - Property in Other Districts
- [ ] M 19-78 Denial to Sue In Forma Pauperis
- [ ] M 22-1 Designation by U.S. Attorney of Individual to accept service of summons and complaint
- [ ] M 22-2 Designation of individual to issue certified copies in bankruptcy part
- [ ] M 23 Petition to Perpetuate Testimony
- [ ] M 25-1 Order for Entry to Effect Levy - IRS Matter
- [ ] M 25-2 Permission to have access to safe deposit boxes
- [ ] M 26-1 Proceeding to Enforce Order of Administrator - National Credit Union
- [ ] M 26-2 Application to Enforce Administrative Order Rule 5A Rule of Division of Business among District Judges
- [ ] M 28 Warrant for Entry & Inspection of Premises
- [ ] M 29 Privacy Act Application
- [ ] M 30 Privacy Act Application
- [ ] M 31 Order of Commodity Exchange Commission Directing Person to Pay Money
- [ ] M 32 Petition for Writ to Produce Federal Prisoner in State Court
- [ ] M 33 Inspection Warrant - Department of Energy
- [ ] M 34 Order of Another District Court that the State Court Produce
- [ ] M 35 Order to Stay Transfer of Federal Prisoner
- [ ] M 36 National Labor Relations Board
- [ ] M 37 Application to Re-Open Civil Case(s) that are more than 25 years old
- [ ] M 38 Application for Reassignment of Bankruptcy Proceeding
- [ ] M 39 Application for Discovery and Inspection of Defendant Detained in Federal Prison
- [ ] M 41 Order of Return of 28:2254/2255 Petition

- [ ] M 42 Order Denying Stay of Deportation
- [ ] M 43 Contempt of Court in Bankruptcy
- [ ] M 44 Claim Compensation under Longshoremen & Harbor Workers Compensation Act
- [ ] M 46 Order from Another District for Public Viewing
- [ ] M 47 Bankruptcy Cases - Before Appeal Filed
- [ ] M 47B Transmission of Proposed Findings of Fact and Conclusions of Law
- [ ] M 48 Application for Appointment of Counsel - No Case in This Court
- [ ] M 49 Order Denying Commencement of Civil Action
- [ ] M 51 Order to Show Cause - Case Being Transferred from Northern District of New York
- [ ] M 52 Application for Leave to File a Complaint
- [ ] M 53 Order Barring Individual from Entering Courthouse Building
- [ ] M 54 Immigration Naturalization - Order Delaying Deportation
- [ ] M 55 Petition for Appointment of Impartial Umpire – Labor Management Relations Act and Others
- [ ] M 58 Application for Extension of Time to File Petition for Removal
- [ ] M 59 Application to Produce Federal Prisoner in State Court
- [ ] M 67 Notice of Eviction to Squatters (USA Cases)
- [ ] M 71 Application re: Federal Rules Cr. 11(e)(2)
- [ ] M 72 Order of Attachment of Another District – EDNY
- [ ] M 73 Subpoena to Government Agency
- [ ] M 75 Application for Writ of Garnishment
- [ ] M 76 Central Violations Bureau
- [ ] M 77 Application to have subpoena issued to person living in this district regarding action in foreign country or tribunal
- [ ] M 90 Order of Attachment
- [ ] M 93 Letters Rogatory _____
- [ ] M 94 Other _____
- [✓] M 98 Application to file a civil case under seal.
- [ ] M 100 Motion to Unseal – Criminal Duty Matter
- [ ] M 101 Motion to Unseal – Criminal
- [ ] M 102 Motion to Unseal – Civil

**DO YOU CLAIM THIS CASE IS RELATED TO A MISCELLANEOUS CASE NOW PENDING IN THE SDNY? IF SO, STATE:**

**JUDGE**_____**MISCELLANEOUS CASE NUMBER**_____

NOTE: Please submit at the time of filing an explanation of why cases are deemed related

**PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)**

ESPN ENTERPRISES, INC., a Delaware corporation with its principal place of business located at ESPN Plaza, Bristol, H
ABC CABLE NETWORKS GROUP, a California corporation, with its principal place of business located at 3800 W Alameda Ave, Burbank, Los Angeles County, CA 91505;
INTERNATIONAL FAMILY ENTERTAINMENT, INC., a Delaware corporation with its principal place of business located at 500 S Buena Vista St, Burbank, Los Angeles County, CA 91521;
SOAPnet, L.L.C., a Delaware limited liability company with its principal place of business located at 3800 W Alameda Ave, Burbank, Los Angeles County, CA 91505.

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)**

DISH Network L.L.C., a Colorado limited liability company with its principal place of business located at 9601 S Meridian Blvd, Englewood, Arapahoe County, CO 80112

**DEFENDANT(S) ADDRESS UNKNOWN**

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**CHECK ONE:** AT LEAST ONE PARTY IS PRO SE   **No** ✓   Yes ☐

**CHECK ONE:** THIS ACTION SHOULD BE ASSIGNED TO   WHITE PLAINS ☐   MANHATTAN ✓

**SIGNATURE OF ATTORNEY OF RECORD**

/s/ Allen W. Burton

RECEIPT #

Tammi M. Hellwig, Clerk of Court, _____

Dated: _____

**ADMITTED TO PRACTICE IN THIS DISTRICT**

☐ U.S. GOVERNMENT ATTORNEY

☐ NO

✓ YES (DATE ADMITTED (MM/YY) 02/03 )
ATTORNEY BAR CODE # 4119657

Dated: 08/26/2025