UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESPN ENTERPRISES, INC. et al, <br><br>                                            Plaintiffs, <br><br> v. <br><br> DISH NETWORK LLC, <br><br>                                            Defendant. | 25-mc-368 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

This motion is presented to me in my capacity as Part I judge. Plaintiffs have moved to file a new civil case with a redacted complaint and to file the unredacted complaint and one exhibit under seal. Their motion is provisionally granted. Plaintiffs may file the complaint and exhibit under seal, and may publicly file a redacted complaint, consistent with the instructions for filing contained in the Court's ECF Rules & Instructions, Rules 6.14 and 6.8.

This order is only provisional and shall last for a period of no longer than seven days, subject to review by the judge assigned to this action.

SO ORDERED.

Dated:     August 28, 2025
             New York, New York

                                                                  Ronnie Abrams
                                                                   United States District Judge
                                                                   Part I